UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DELEAH HILL,**

    **Plaintiff,**    :

  v.          **Case No. 2:19-cv-4309**
          **Judge Sarah D. Morrison**
          **Magistrate Judge Kimberly A. Jolson**

**GLOBAL MEDIATION GROUP, LLC,**    :

    **Defendant.**

## ORDER

On December 17, 2020, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Deleah Hill's Motion to Hold Defendant in Contempt (ECF No. 14) be granted in part and denied in part. (ECF No. 18.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Ms. Hill's Motion (ECF No. 14) is **GRANTED IN PART** and **DENIED IN PART**.

Defendant Global Mediation Group, LLC is **HELD** in civil contempt for its failure to produce post-judgment discovery, as ordered by the Magistrate Judge on September 17, 2020. Global Mediation Group is **ORDERED** to pay a fine of $25 per day for the first thirty days of noncompliance beginning with the date of this Order. The fine will increase to $50 per day for the next thirty days of noncompliance. If

1

Global Mediation Group remains noncompliant as of the expiration of the second thirty days, the Court will consider increasing the daily fine, on Ms. Hill's motion.

Ms. Hill is **ORDERED** to keep the Court apprised of Global Mediation Group's compliance, or lack thereof.

Finally, the Clerk is **DIRECTED** to mail a copy of this Order by regular and certified mail to Global Mediation Group's managing member, Jerald Verhagen, at 6000 N. Bailey Avenue, Suite 2C, Amherst, New York 14226. The Clerk shall indicate on the docket the fact of those mailings.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**